IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

VINCENT M. GEORGE, JR. (#2013-0708145), )
)
                Plaintiff, )
)
  v. )    Case No. 14 C 8793
)
THOMAS J. DART, et al., )
)
                Defendants. )

## MEMORANDUM ORDER

Last year's dismissal of this action at the instance of counsel Evan Smola (attorney Smola is affiliated with the trial bar member designated to represent prison inmate Vincent George, Jr. ("George")) turned out to have been based on a misunderstanding as between attorney Smola and client George. This Court's June 23 memorandum order accordingly directed attorney Smola "to file a brief written report on or before June 28 advising as to whatever decision he and his client had reached." Attorney Smola did file such a report, but once again there seems to have been no meeting of the minds as between Smola and George (a conclusion based on George's hand-printed June 30 communication to the Clerk's Office).

This Court therefore renews its directive to attorney Smola. This time he is ordered to confer with George once again and to file a written statement <u>with</u> <u>George's</u> <u>approval</u> on or before August 22, 2016 as to whether this action is or is not going to proceed -- and if the answer is "yes," to couple that response with a proposed course of conduct for the litigation.

                                _____
                                Milton I. Shadur
Date: August 5, 2016          Senior United States District Judge