**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **VINCENT M. GEORGE, JR.** (#2013-0708145), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 8793 |
| | ) | |
| **THOMAS J. DART**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

In response to this Court's brief August 5, 2016 memorandum order (the "Order"), trial bar member Evan Smola ("Smola," who has previously been designated to represent prison inmate Vincent George, Jr. ("George")), has filed a thoughtful and informative Second Report of Attorney Evan M. Smola (the "Report") that has really cleared up the prior misunderstanding that had existed as between attorney Smola and client George. At this point the Report reflects that attorney Smola is pursuing, on George's behalf, the possibility that a claim may exist under either state law or federal law because of the delay that occurred in performing George's required surgery. In that respect attorney Smola should be particularly attentive to any limitations problems that may exist under either of those sources of law (on that score attention should be paid not only to the dates involved but also to the fact that the dismissal of this action on September 29, 2015 was entered without prejudice).

Because attorney Smola has not yet had the opportunity to meet with George at Stateville Correctional Center ("Stateville," where George is now in custody), this Court grants the request of attorney Smola to file a written acknowledgement by George of the plan outlined in the Report on or before September 9, 2016. This Court then contemplates setting a status hearing

date not long thereafter at attorney Smola's request. For that purpose attorney Smola may or may not see any need to make arrangements for George to participate in that status hearing telephonically from his location at Stateville.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 23, 2016