IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **VINCENT M. GEORGE, JR.** (#2013-0708145), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 8793 |
| | ) | |
| **THOMAS J. DART**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Pro se prisoner plaintiff Vincent George, Jr. ("George") has filed a September 20, 2017 "Motion to Reinstate Complaint" (the "Motion," Dkt. No. 34) that seeks to breathe new life into a case that had been dismissed on September 29, 2015 (see Dkt. No. 15) on the motion of Evan Smola ("Smola"), the member of the District Court trial bar who had been designated to serve as George's counsel in this action. No explanation whatever has been offered for George's extended delay in seeking such relief in his long-since-closed case, -- although he has occupied a portion of that time by unsuccessfully going after Smola before the ARDC.

But the bottom line is that the Motion poses issues that this Court, lacking any supporting legal staff and with the bulk of its pending case calendar having been reassigned to its colleagues effective September 1, is not in a position to deal with the several issues posed by the Motion and its exhibits. Instead this Court recommends to the Executive Committee that the Motion be reassigned under the same computer-driven random assignment system that was followed in the original reassignment of most of its pending cases.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 5, 2017